UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ANDREW TIRADO,<br>        Plaintiff,<br><br>    v.<br><br>S. SANTIAGO, et al.,<br>        Defendants. | Case No. 22-cv-03207-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's 42 U.S.C. § 1983 claims arise from events that occurred at California Substance Abuse Treatment Facility and State Prison at Corcoran, which lies in the Eastern District of California.  Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Eastern District.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

     **IT IS SO ORDERED.**

**Dated:**  June 14, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California