# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ANDREW TIRADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTIAGO, *et al.*,<br><br>　　　　Defendants. | Case No. 1:22-cv-00724 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(Doc. 17) |

　　　　The assigned magistrate judge reviewed the allegations of Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found Plaintiff failed to comply with Rule 8 of the Federal Rules of civil Procedure and failed to state a cognizable claim upon which relief may be granted. (Doc. 16 at 3-9.) The magistrate judge granted Plaintiff 30 days to file an amended complaint or to file notice of voluntary dismissal. (*Id.* at 10.) In addition, the Court warned Plaintiff that if he failed to file an amended complaint, "the Court [would] recommend dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim." (*Id.* at 10.) Despite this, Plaintiff did not file an amended complaint or otherwise communicate with the Court. (*Id.*)

　　　　A month later, the magistrate judge found that "Plaintiff has ceased litigating his case," and recommended the action be dismissed with prejudice "for failure to state a claim pursuant to 28 U.S.C. § 1915A, for failure to obey a Court order, and for Plaintiff's failure to prosecute this action." (Doc. 17 at 10-11.) The Court served the Findings and Recommendations

1

on Plaintiff, which advised him that any objections were due within 14 days. (*Id.* at 14.) The court advised him also that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and the deadline to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(C), the Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 29, 2022 (Doc. 17), are **ADOPTED** in full.
2. This action is **DISMISSED** with prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 7, 2022**

UNITED STATES DISTRICT JUDGE

2